JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO SALGADO,<br><br>               Plaintiff,<br><br>    v.<br><br>VOLKSWAGON GROUP OF<br>AMERICA, INC., et al.,<br><br>               Defendants. | Case No. CV 24-6336-MWF(AJRx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff Julio Salgado and Defendant Volkswagen Group of America, Inc., by and through respective counsel, have advised the Court that the parties have compromised and settled all claims asserted in this case.  Accordingly, the parties jointly move the Court to dismiss this suit, with prejudice, with each party to bear its own costs in accordance with the terms of the written settlement agreement entered into between the parties.

The parties hereby stipulate that the Court retains jurisdiction to enforce the parties' settlement contract, and the parties reserve the right to reopen the case for the next 60 days to enforce the terms of the settlement agreement.

///

///

///

THEREFORE, IT IS **ORDERED** that this action is **DISMISSED** with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

Dated:  December 27, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge